# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MANUEL D. ORELLANO,

    Petitioner,

vs.

ROBERT LEGRAND, et al.,

    Respondents.

Case No. 3:13-cv-00482-RCJ-WGC

**ORDER**

Petitioner has submitted a motion for enlargement of time (#15). The amount of time that he asks to respond to the motion to dismiss (#11) is excessive. The court will grant him an enlargement of thirty-three (33) days.

Petitioner has submitted another motion for appointment of counsel (#9). Nothing in the motion would cause the court to depart from its denial of petitioner's earlier motion.

IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time (#15) is **GRANTED** in part. Petitioner shall have through September 2, 2014, to file and serve a response to the motion to dismiss (#11).

IT IS FURTHER ORDERED that petitioner's motion for appointment of counsel (#9) is **DENIED**.

Dated: August 26, 2014.

_____
ROBERT C. JONES
United States District Judge