AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

MANUEL D. ORELLANO,

    Petitioner,     JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:13-cv-00482-RCJ-WGC**

ROBERT LEGRAND, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus (ECF No. 6) is **DENIED**.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

  October 18, 2016     **LANCE S. WILSON**
                                                                          Clerk

                                                       /s/ D. R. Morgan
                                                        Deputy Clerk